**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant**

**V.**

**PATRICK DAUGHERTY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

We **GRANT** court reporter Antoinette Reagor's November 1, 2014 request for extension

of time to file record and **ORDER** the record be filed no later than December 1, 2014.


/s/     ADA BROWN
            JUSTICE